UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY,   )<br>)<br>Plaintiff   )<br>)<br>v.   )<br>)<br>MAINE COAST MARINE   )<br>CONSTRUCTION, INC. and   )<br>GUY SPLETTSTOESSER   )<br>)<br>Defendants   ) | Case No. 1:04-cv-12597-WGY |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for Defendant Maine Coast Marine Construction.

I certify that I am admitted to practice in this court.

Dated at Portland, Maine this 21st day of April, 2005.

                                                      *Cathy Skeirik Roberts*
                                                  Cathy Skeirik Roberts, Esq.
                                                  BBO #547407
                                                  Attorney for Defendant
                                                  Maine Coast Marine Construction

THOMPSON & BOWIE, LLP
Three Canal Plaza
P.O. Box 4630
Portland, ME 04112
(207) 774-2500

## CERTIFICATE OF SERVICE

I, Cathy Skeirik Roberts, attorney for Defendant Maine Coast Marine Construction, hereby certify that I made service of the foregoing Entry of Appearance by depositing a true copy of same, on this date, in the U.S. Mail, postage pre-paid, to:

>Robert J. Murphy, Esq.
>Holbrook & Murphy
>150 Federal Street
>Boston, MA  02110

Dated at Portland, Maine, this 21st day of April, 2005.

>*Cathy Skeirik Roberts*
>Cathy Skeirik Roberts, Esq.
>BBO #547407
>Attorney for Defendant
>Maine Coast Marine Construction

THOMPSON & BOWIE, LLP
Three Canal Plaza
P.O. Box 4630
Portland, ME  04112
(207) 774-2500

2