UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY, <br><br> Plaintiff <br><br> v. <br><br> MAINE COAST MARINE CONSTRUCTION, INC. and GUY SPLETTSTOESSER <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:04-cv-12597-WGY |

## DEFENDANT MAINE COAST MARINE CONSTRUCTION'S ANSWER TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

NOW COMES Defendant Maine Coast Marine Construction (hereinafter "Maine Coast Marine") by and through its attorneys, Thompson & Bowie, LLP, and answers the Plaintiff's Complaint as follows:

### JURISDICTION

1. This paragraph states a legal conclusion of the Plaintiff and requires no answer.

### BACKGROUND

2. Defendant Maine Coast Marine admits the allegations contained in Paragraph 2 of Plaintiff's Complaint.

3. Defendant Maine Coast Marine admits the allegations contained in Paragraph 3 of Plaintiff's Complaint.

4. Defendant Maine Coast Marine admits the allegations contained in Paragraph 4 of Plaintiff's Complaint.

5. Defendant Maine Coast Marine has insufficient information with which to form a belief as to the truth of the allegations contained in Paragraph 5 of Plaintiff's Complaint and, therefore, denies same.

6. Defendant Maine Coast Marine admits the allegations contained in Paragraph 6 of Plaintiff's Complaint.

7. Defendant Maine Coast Marine admits the allegations contained in Paragraph 7 of Plaintiff's Complaint.

8. Defendant Maine Coast Marine admits the allegations contained in Paragraph 8 of Plaintiff's Complaint.

## THE PARTIES

9. Paragraph 9 of Plaintiff's Complaint does not appear to state a claim as against Defendant Maine Coast Marine. To the extent this paragraph is construed to contain allegations of fact and/or claims as against Maine Coast Marine, they are denied.

10. Paragraph 10 of Plaintiff's Complaint does not appear to state a claim as against Defendant Maine Coast Marine. To the extent this paragraph is construed to contain allegations of fact and/or claims as against Maine Coast Marine, they are denied.

11. Defendant Maine Coast Marine admits the allegations contained in Paragraph 11 of Plaintiff's Complaint.

12. Defendant Maine Coast Marine admits that upon information and belief, at all times material hereto, Guy Splettstoesser was an individual residing within the State

of Maine, but deny the remaining allegations contained in Paragraph 12 of Plaintiff's Complaint.

13. Defendant Maine Coast Marine denies the allegations contained in Paragraph 13 of Plaintiff's Complaint.

## THE GROUNDING

14. This paragraph contains averments against both Defendant Maine Coast Marine Construction and Defendant Guy Splettstoesser. To the extent this paragraph contains averments against Maine Coast Marine Construction, they are denied.

15. This paragraph contains averments against both Defendant Maine Coast Marine Construction and Defendant Guy Splettstoesser. To the extent this paragraph contains averments against Maine Coast Marine Construction, they are denied.

16. This paragraph contains averments against both Defendant Maine Coast Marine Construction and Defendant Guy Splettstoesser. To the extent this paragraph contains averments against Maine Coast Marine Construction, they are denied.

17. This paragraph contains averments against both Defendant Maine Coast Marine Construction and Defendant Guy Splettstoesser. To the extent this paragraph contains averments against Maine Coast Marine Construction, they are denied.

18. Paragraph 18 of Plaintiff's Complaint does not appear to state a claim as against Defendant Maine Coast Marine. To the extent this paragraph is construed to contain allegations of fact and/or claims as against Maine Coast Marine, they are denied.

19. This paragraph contains averments against both Defendant Maine Coast Marine Construction and Defendant Guy Splettstoesser. To the extent this paragraph contains averments against Maine Coast Marine Construction, they are denied.

20. This paragraph contains averments against both Defendant Maine Coast Marine Construction and Defendant Guy Splettstoesser. To the extent this paragraph contains averments against Maine Coast Marine Construction, they are denied.

21. Defendant Maine Coast Marine has insufficient information with which to form a belief as to the truth of the allegations contained in Paragraph 21 of Plaintiff's Complaint and, therefore, denies same.

## CLAIMS

22. This paragraph contains averments against both Defendant Maine Coast Marine Construction and Defendant Guy Splettstoesser. To the extent this paragraph contains averments against Maine Coast Marine Construction, they are denied.

23. Paragraph 23 of Plaintiff's Complaint does not appear to state a claim as against Defendant Maine Coast Marine. To the extent this paragraph is construed to contain allegations of fact and/or claims as against Maine Coast Marine, they are denied.

24. Paragraph 24 of Plaintiff's Complaint does not appear to state a claim as against Defendant Maine Coast Marine. To the extent this paragraph is construed to contain allegations of fact and/or claims as against Maine Coast Marine, they are denied.

25. Paragraph 25 of Plaintiff's Complaint does not appear to state a claim as against Defendant Maine Coast Marine. To the extent this paragraph is construed to contain allegations of fact and/or claims as against Maine Coast Marine, they are denied.

26. Paragraph 26 of Plaintiff's Complaint does not appear to state a claim as against Defendant Maine Coast Marine. To the extent this paragraph is construed to contain allegations of fact and/or claims as against Maine Coast Marine, they are denied.

27. Paragraph 27 of Plaintiff's Complaint does not appear to state a claim as against Defendant Maine Coast Marine. To the extent this paragraph is construed to contain allegations of fact and/or claims as against Maine Coast Marine, they are denied.

28. Paragraph 28 of Plaintiff's Complaint does not appear to state a claim as against Defendant Maine Coast Marine. To the extent this paragraph is construed to contain allegations of fact and/or claims as against Maine Coast Marine, they are denied.

29. This paragraph contains averments against both Defendant Maine Coast Marine Construction and Defendant Guy Splettstoesser. To the extent this paragraph contains averments against Maine Coast Marine Construction, they are denied.

30. Paragraph 30 of Plaintiff's Complaint does not appear to state a claim as against Defendant Maine Coast Marine. To the extent this paragraph is construed to contain allegations of fact and/or claims as against Maine Coast Marine, they are denied.

31. Paragraph 31 of Plaintiff's Complaint does not appear to state a claim as against Defendant Maine Coast Marine. To the extent this paragraph is construed to contain allegations of fact and/or claims as against Maine Coast Marine, they are denied.

## COUNT I – NEGLIGENCE

32. Defendant Maine Coast Marine repeats and realleges its answers to the allegations contained in Paragraphs 1 through 31 above as if fully set forth herein.

33. This paragraph contains averments against both Defendant Maine Coast Marine Construction and Defendant Guy Splettstoesser. To the extent this paragraph contains averments against Maine Coast Marine Construction, they are denied.

34. This paragraph contains averments against both Defendant Maine Coast Marine Construction and Defendant Guy Splettstoesser. To the extent this paragraph contains averments against Maine Coast Marine Construction, they are denied.

WHEREFORE, Defendant Maine Coast Marine respectfully requests that Plaintiff's Complaint be dismissed and for its costs and for such other relief the court deems just and appropriate.

## COUNT II – BREACH OF WARRANTY OF WORKMANLIKE PERFORMANCE

35. Defendant Maine Coast Marine repeats and realleges its answers to the allegations contained in Paragraphs 1 through 34 above as if fully set forth herein.

36. This paragraph contains averments against both Defendant Maine Coast Marine Construction and Defendant Guy Splettstoesser. To the extent this paragraph contains averments against Maine Coast Marine Construction, they are denied.

37. This paragraph contains averments against both Defendant Maine Coast Marine Construction and Defendant Guy Splettstoesser. To the extent this paragraph contains averments against Maine Coast Marine Construction, they are denied.

38. Defendant Maine Coast Marine has insufficient information with which to form a belief as to the truth of the allegations contained in Paragraph 38 of Plaintiff's Complaint and, therefore, denies same.

39. This paragraph contains averments against both Defendant Maine Coast Marine Construction and Defendant Guy Splettstoesser. To the extent this paragraph contains averments against Maine Coast Marine Construction, they are denied.

WHEREFORE, Defendant Maine Coast Marine respectfully requests that Plaintiff's Complaint be dismissed and for its costs and for such other relief the court deems just and appropriate.

## COUNT III – BREACH OF CONTRACT

40. Defendant Maine Coast Marine repeats and realleges its answers to the allegations contained in Paragraphs 1 through 39 above as if fully set forth herein.

41. This paragraph contains averments against both Defendant Maine Coast Marine Construction and Defendant Guy Splettstoesser. To the extent this paragraph contains averments against Maine Coast Marine Construction, they are denied.

42. This paragraph contains averments against both Defendant Maine Coast Marine Construction and Defendant Guy Splettstoesser. To the extent this paragraph contains averments against Maine Coast Marine Construction, they are denied.

43. This paragraph contains averments against both Defendant Maine Coast Marine Construction and Defendant Guy Splettstoesser. To the extent this paragraph contains averments against Maine Coast Marine Construction, they are denied.

44. This paragraph contains averments against both Defendant Maine Coast Marine Construction and Defendant Guy Splettstoesser. To the extent this paragraph contains averments against Maine Coast Marine Construction, they are denied.

45. Defendant Maine Coast Marine has insufficient information with which to form a belief as to the truth of the allegations contained in Paragraph 45 of Plaintiff's Complaint and, therefore, denies same.

46. This paragraph contains averments against both Defendant Maine Coast Marine Construction and Defendant Guy Splettstoesser. To the extent this paragraph contains averments against Maine Coast Marine Construction, they are denied.

WHEREFORE, Defendant Maine Coast Marine respectfully requests that Plaintiff's Complaint be dismissed and for its costs and for such other relief the court deems just and appropriate.

## COUNT IV – INDEMNITY

47. Defendant Maine Coast Marine repeats and realleges its answers to the allegations contained in Paragraphs 1 through 46 above as if fully set forth herein.

48. This paragraph contains averments against both Defendant Maine Coast Marine Construction and Defendant Guy Splettstoesser. To the extent this paragraph contains averments against Maine Coast Marine Construction, they are denied.

WHEREFORE, Defendant Maine Coast Marine respectfully requests that Plaintiff's Complaint be dismissed and for its costs and for such other relief the court deems just and appropriate.

## COUNT V – CONTRIBUTION

49. Defendant Maine Coast Marine repeats and realleges its answers to the allegations contained in Paragraphs 1 through 48 above as if fully set forth herein.

50. This paragraph contains averments against both Defendant Maine Coast Marine Construction and Defendant Guy Splettstoesser. To the extent this paragraph contains averments against Maine Coast Marine Construction, they are denied.

WHEREFORE, Defendant Maine Coast Marine respectfully requests that Plaintiff's Complaint be dismissed and for its costs and for such other relief the court deems just and appropriate.

## JURY DEMAND

Defendant Maine Coast Marine Construction hereby demands a jury trial.

## AFFIRMATIVE DEFENSES

1. Plaintiff's Complaint fails to state a claim upon which relief can be granted.

2. Plaintiff's claims are barred by the doctrine of estoppel.

3. Plaintiff's claims are barred by the doctrine of waiver.

4. Plaintiff's alleged damages were caused by an intervening Act of God.

5. Plaintiff's alleged damages were caused by the independent and intervening conduct of third parties not subject to Defendant's control and for which Defendant is not responsible.

6. Plaintiff's claims are barred or its damages must be reduced based upon its comparative fault.

7. Plaintiff has failed to mitigate its damages.

8. Plaintiff's claims are barred by the doctrine of laches.

9. Plaintiff's claims are barred by the applicable statute of limitations.

10. Plaintiff's claims are barred by failure of consideration.

11.     Plaintiff's claims are barred by the doctrine of inevitable accident.

Dated at Portland, Maine this 21st day of April, 2005.

*Cathy Skeirik Roberts*
Cathy Skeirik Roberts, Esq.
BBO #547407
Attorney for Defendant
Maine Coast Marine Construction

THOMPSON & BOWIE, LLP
Three Canal Plaza
P.O. Box 4630
Portland, ME 04112
(207) 774-2500

## **CERTIFICATE OF SERVICE**

I, Cathy Skeirik Roberts, attorney for Defendant Maine Coast Marine Construction, hereby certify that I made service of the foregoing Defendant Maine Coast Marine Construction's Answer to Plaintiff's Complaint, by depositing a true copy of same, on this date, in the U.S. Mail, postage pre-paid, to:

> Robert J. Murphy, Esq.
> Holbrook & Murphy
> 150 Federal Street
> Boston, MA  02110

Dated at Portland, Maine, this 21st day of April, 2005.

*Cathy Skeirik Roberts*
Cathy Skeirik Roberts, Esq.
BB0#547407
Attorney for Defendant
Maine Coast Marine Construction

THOMPSON & BOWIE, LLP
Three Canal Plaza
P.O. Box 4630
Portland, ME  04112
(207) 774-2500