UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>MAINE COAST MARINE CONSTRUCTION, INC. and GUY SPLETTSTOESSER )<br>)<br>Defendants ) | Case No. 1:04-cv-12597-WGY |

## DEFENDANT MAINE COAST MARINE CONSTRUCTION'S CORPORATE DISCLOSURE STATEMENT

NOW COMES Defendant Maine Coast Marine Construction, by and through counsel, and submits the following Corporate Disclosure Statement pursuant to Fed.R.Civ.P 7.1 as follows:

As of December 11, 2002, Maine Coast Marine Construction was a Maine corporation. It was not a parent, subsidiary or affiliate of a publicly held corporation nor did any publicly held corporation own more than 10% of its stock.

Defendant Maine Coast Marine Construction was administratively dissolved on October 1, 2003.

Dated at Portland, Maine this 21st day of April, 2005.

                                        *Cathy Skeirik Roberts*
                                        Cathy Skeirik Roberts, Esq.
                                        BBO #547407
                                        Attorney for Defendant
                                        Maine Coast Marine Construction

THOMPSON & BOWIE, LLP
Three Canal Plaza
P.O. Box 4630
Portland, ME  04112
(207) 774-2500

2

## **CERTIFICATE OF SERVICE**

I, Cathy Skeirik Roberts, attorney for Defendant Maine Coast Marine Construction, hereby certify that I made service of the foregoing Defendant Maine Coast Marine Construction's Corporate Disclosure Statement, by depositing a true copy of same, on this date, in the U.S. Mail, postage pre-paid, to:

> Robert J. Murphy, Esq.
> Holbrook & Murphy
> 150 Federal Street
> Boston, MA  02110

Dated at Portland, Maine, this 21st day of April, 2005.

*Cathy Skeirik Roberts*
Cathy Skeirik Roberts, Esq.
BBO #547407
Attorney for Defendant
Maine Coast Marine Construction

THOMPSON & BOWIE, LLP
Three Canal Plaza
P.O. Box 4630
Portland, ME  04112
(207) 774-2500