UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY, <br>     Plaintiff <br><br> v. <br><br> MAINE COAST MARINE CONSTRUCTION, INC. and GUY SPLETTSTOESSER <br>     Defendants | ) <br> ) <br> ) <br> ) <br> )   CIVIL ACTION <br> )   DOCKET NO. 04-12597-WGY <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE NAMED COURT:**

Please enter the appearance of Michael S. D'Orsi for the defendant Guy Splettstoesser in the above-entitled case.

                  GUY SPLETTSTOESSER

                  By his attorneys,


                  /s/ Michael S. D'Orsi
                  T. Christopher Donnelly (BBO #129930)
                  Michael S. D'Orsi (BBO #566960)
                  DONNELLY, CONROY & GELHAAR, LLP
                  One Beacon Street, 33d Floor
                  Boston, MA 02108
                  (617) 720-2880

Dated: May 2, 2005