UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY,<br>    Plaintiff<br><br>v.<br><br>MAINE COAST MARINE CONSTRUCTION, INC. and GUY SPLETTSTOESSER<br>    Defendants | )<br>)<br>)<br>)<br>)  CIVIL ACTION<br>)  DOCKET NO. 04-12597-WGY<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE NAMED COURT:**

Please enter the appearance of T. Christopher Donnelly for the defendant Guy Splettstoesser in the above-entitled case.

              GUY SPLETTSTOESSER

              By his attorneys,

              /s/ Michael S. D'Orsi
              T. Christopher Donnelly (BBO #129930)
              Michael S. D'Orsi (BBO #566960)
              DONNELLY, CONROY & GELHAAR, LLP
              One Beacon Street, 33d Floor
              Boston, MA 02108
              (617) 720-2880

Dated: May 2, 2005