UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY, Plaintiff ) ) ) ) | |
| v. ) ) | CIVIL ACTION DOCKET NO. 04-12597-WGY |
| MAINE COAST MARINE CONSTRUCTION, INC. and GUY SPLETTSTOESSER Defendants ) ) ) ) ) | |

### ANSWER, JURY DEMAND AND AFFIRMATIVE DEFENSES OF GUY SPLETTSTOESSER

NOW COMES Defendant Guy Splettstoesser ("Defendant"), in the above entitled action, by and through his undersigned attorneys, and respectfully files his Answer, Jury Demand and Affirmative Defenses.

### JURISDICTION

1. Paragraph 1 of the Plaintiff's Complaint states a legal conclusion to which no answer is required by Defendant. To the extent a response is deemed required, Defendant denies the jurisdictional allegation contained in Paragraph 1 of Plaintiff's Complaint.

2. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 2 of Plaintiff's Complaint, and therefore denies the same.

3. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 3 of Plaintiff's Complaint, and therefore denies the same.

4. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 4 of Plaintiff's Complaint, and therefore denies the same.

5. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 5 of Plaintiff's Complaint, and therefore denies the same.

6. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 6 of Plaintiff's Complaint, and therefore denies the same.

7. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 7 of Plaintiff's Complaint, and therefore denies the same.

8. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 8 of Plaintiff's Complaint, and therefore denies the same.

## THE PARTIES

9. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 9 of Plaintiff's Complaint, and therefore denies the same.

10. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 10 of Plaintiff's Complaint, and therefore denies the same.

11. Defendant admits Maine Coast Marine was a Maine Corporation and denies all of the remaining allegations contained in Paragraph 11 of Plaintiff's Complaint.

12. Defendant admits the allegations contained in Paragraph 12 of Plaintiff's Complaint.

13. Defendant admits the allegations contained in Paragraph 13 of Plaintiff's Complaint.

14. Defendant denies the allegations contained in Paragraph 14 of Plaintiff's Complaint.

15. Defendant denies the allegations contained in Paragraph 15 of Plaintiff's Complaint.

16. Defendant denies the allegations contained in Paragraph 16 of Plaintiff's Complaint.

17. Defendant denies the allegations contained in Paragraph 17 of Plaintiff's Complaint.

18. Defendant denies the allegations contained in Paragraph 18 of Plaintiff's Complaint.

19. Defendant denies the allegations contained in Paragraph 19 of Plaintiff's Complaint.

20. Defendant denies the allegations contained in Paragraph 20 of Plaintiff's Complaint.

21. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 21 of Plaintiff's Complaint, and therefore denies the same.

## **CLAIMS**

22. Defendant denies the allegations contained in Paragraph 22 of Plaintiff's Complaint.

23. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 23 of Plaintiff's Complaint, and therefore denies the same.

24. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 24 of Plaintiff's Complaint, and therefore denies the same.

25. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 25 of Plaintiff's Complaint, and therefore denies the same.

26. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 26 of Plaintiff's Complaint, and therefore denies the same.

27. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 27 of Plaintiff's Complaint, and therefore denies the same.

28. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 28 of Plaintiff's Complaint, and therefore denies the same.

29. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 29 of Plaintiff's Complaint, and therefore denies the same.

30. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 30 of Plaintiff's Complaint, and therefore denies the same.

31. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 31 of Plaintiff's Complaint, and therefore denies the same.

## COUNT I – NEGLIGENCE

32. Defendant repeats and reasserts his responses to the allegations contained in Paragraphs 1-31 of Plaintiff's Complaint, as if fully set forth herein.

33. Defendant denies the allegations contained in Paragraph 33 of Plaintiff's Complaint.

34. Defendant denies the allegations contained in Paragraph 34 of Plaintiff's Complaint.

WHEREFORE, Defendant prays that Plaintiff's Complaint be dismissed and that he be awarded his costs of action and such other and further relief as the Court deems just and proper.

## COUNT II – BREACH OF WARRANTY OF WORKMANLIKE PERFORMANCE

35. Defendant repeats and reasserts its responses to the allegations contained in Paragraphs 1-34 of Plaintiff's Complaint, as if fully set forth herein.

36. Defendant denies the allegations contained in Paragraph 36 of Plaintiff's Complaint.

37. Defendant denies the allegations contained in Paragraph 37 of Plaintiff's Complaint.

38. Defendant denies the allegations contained in Paragraph 38 of Plaintiff's Complaint.

39. Defendant denies the allegations contained in Paragraph 39 of Plaintiff's Complaint.

WHEREFORE, Defendant prays that the Plaintiff's Complaint be dismissed and that he be awarded costs of action and such other further relief as the Court deems just and proper.

## COUNT III – BREACH OF CONTRACT

40. Defendant repeats and reasserts his responses to the allegations contained in Paragraphs 1 through 39 of Plaintiff's Complaint as if set forth fully herein.

41. Defendant denies the allegations contained in Paragraph 41 of Plaintiff's Complaint.

42. Defendant denies the allegations contained in Paragraph 42 of Plaintiff's Complaint.

43. Defendant denies the allegations contained in Paragraph 43 of Plaintiff's Complaint.

44. Defendant denies the allegations contained in Paragraph 44 of Plaintiff's Complaint.

45. Defendant denies the allegations contained in Paragraph 45 of Plaintiff's Complaint.

46. Defendant denies the allegations contained in Paragraph 46 of Plaintiff's Complaint.

WHEREFORE, Defendant prays that the Plaintiff's Complaint be dismissed and that he be awarded costs of action and such other further relief as the Court deems just and proper.

## COUNT IV – INDEMNITY

47. Defendant repeats and reasserts his responses to the allegations contained in Paragraphs 1 through 46 of Plaintiff's Complaint as if set forth fully herein.

48. Defendant denies the allegations contained in Paragraph 48 of Plaintiff's Complaint.

## COUNT V - CONTRIBUTION

49. Defendant repeats and reasserts his responses to the allegations contained in Paragraphs 1 through 48 of Plaintiff's Complaint as if set forth fully herein.

50. Defendant denies the allegations contained in Paragraph 50 of Plaintiff's Complaint.

WHEREFORE, Defendant prays that the Plaintiff's Complaint be dismissed and that he be awarded costs of action and such other further relief as the Court deems just and proper.

## JURY DEMAND

Defendant Guy Splettstoesser hereby demands a jury trial.

## AFFIRMATIVE DEFENSES

1. Plaintiff's Complaint fails to state a claim upon which relief can be granted.

2. Plaintiff's claims are barred by the doctrine of estoppel.

3. Plaintiff's claims are barred by the doctrine of waiver.

4. Plaintiff's alleged damages were caused by an intervening Act of God.

5. Plaintiff's alleged damages were caused by the independent and intervening conduct of third parties not subject to Defendant's control and for which Defendant is not responsible.

6. Plaintiff's claims are barred or its damages must be reduced based upon its comparative fault.

7. Plaintiff has failed to mitigate its damages.

8. Plaintiff's claims are barred by the doctrine of laches.

9. Plaintiff's claims are barred by the applicable statute of limitations.

10. Plaintiff's claims are barred by failure of consideration.

11. Plaintiff's claims are barred by the doctrine of inevitable accident.

GUY SPLETTSTOESSER

By his attorneys,

/s/ Michael S. D'Orsi
T. Christopher Donnelly (BBO# 129930)
Michael S. D'Orsi (BBO# 566960)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street, 33rd Floor
Boston, Massachusetts 02108
(617) 720-2880

/s/ Peter J. DeTroy
Peter J. DeTroy
Norman Hanson & DeTroy
415 Congress Street
P.O. Box 4600
Portland, ME 04112-4600
207-774-7000

DATED: May 2, 2005