AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Massachusetts**

American Home
Assurance Company

V.

Maine Coast Marine
Construction, Inc. and
Guy Splettstoesser

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-12597WGY

TO: (Name and address of Defendant)

c/o Maine Coast Marine Construction Inc.
Mr. Nicholas H. Walsh
111 Commercial Street
Portland, ME  04101

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert J. Murphy
Holbrook & Murphy
150 Federal Street, 12th Floor
Boston, MA  02110
(617) 428-1151

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                                      DEC 1 3 2004

CLERK                                                                        DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 4-6-05 |
| NAME OF SERVER (PRINT) Sammy S Rinaldi | TITLE Dep. Sheriff |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 111 Commercial St. % Nicholas Walsh esq.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | | TOTAL | |
|---|---|---|---|---|
| | | 45.00 | $0.00 | 45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-6-05
Date

Signature of Server

36 County way Port. me
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.