UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY, a/s/o FORE RIVER DOCK & DREDGE, INC., C.B. MARINE CORPORATION and ROGER A. HALE<br>Plaintiff<br><br>v.<br><br>MAINE COAST MARINE CONSTRUCTION and GUY SPLETTSTOESSER<br>Defendants | CIVIL ACTION NO. 04-12597-WGY |

## PROPOSED JOINT SCHEDULING STATEMENT

The parties in the above captioned action, by their attorneys, submit the following proposed joint statement pursuant to the provisions of Federal Rule of Civil Procedure 16(b) and Local Rule 16.1.

I.   Obligation of Counsel to Confer:

Counsel for the parties have conferred in accordance with the provisions of Local Rule 16.1. Counsel agree to explore the possibilities of alternative dispute resolution upon the completion of discovery.

Counsel also certify that they have conferred with their respective clients concerning those matters set forth in Local Rule 16.1 (D)(3) prior to the scheduling conference.

II.   Joint Statement:

    A.   Phase 1:

For developing information needed for a realistic assessment of the case.

The parties respectfully propose that all factual discovery be concluded by April 22, 2006.

    B.   Phase 2:

For developing information needed to prepare for trial.

1. Plaintiff's designation of expert witnesses and disclosure of information contemplated by Federal Rule of Civil Procedure 26 (b)(4)(A)(i) is to be provided no later than April 22, 2006.

2. Defendant's designation of expert witnesses and disclosure of information contemplated by Federal Rule of Civil Procedure 26 (b)(4)(A)(i) is to be provided no later than May 22, 2006.

3. Depositions of experts will be conducted by June 22, 2006.

4. A final pre-trial conference will be held at the court's discretion.

III.   Proposed Motion Filing Schedule:

1. Motions to dismiss or for summary judgment, based on the grounds set forth in Federal Rule of Civil Procedure 12(b)(1) through (6) inclusive, filed by June 17, 2006.

2. Motions to Amend to add parties filed as soon as the party can reasonably be expected to have become aware of the identity of the new party.

3. Motions for Judgment as a Matter of Law filed at any time.

IV.   Additional Matters

The parties respectfully advise the Court that litigation arising out of the ground of the Tug SEAWIND and Barge DS-64 is also pending in the state court in Maine, in an action

captioned, "C-B Marine Corporation v. Fore River Dock and Dredge, Inc., Maine Coast Marine Construction and Guy Splettstoesser," civil action number 04774. The parties are discussing options to avoid duplicative discovery and inconsistent results.

Defendant Guy Splettstoesser further advises that he received a bankruptcy discharge in a 'no asset' bankruptcy in the Federal Bankruptcy Court in the District of Maine in February 2004. His bankruptcy counsel has filed a motion to reopen the bankruptcy on May 25, 2005 to add the claims of American Home Assurance Company, C-B Marine Corporation and Fore River Dock & Dredge, Inc.

V.   Certification of Parties and their Counsel

The parties and their counsel herein certify that they have conferred with a view to establishing a budget for the costs of conducting the full course, and various alternative courses of this litigation; and they have considered and discussed the resolution of this litigation through the use of alternative dispute resolution programs as outlined in Local Rule 16.4.

By their attorneys,

Attorneys for the Plaintiff,

_____
Robert J. Murphy, BBO #557659
HOLBROOK & MURPHY
150 Federal Street, 12th Floor
Boston, MA 02110
(617) 428-1151

Attorneys for the Defendants,
Maine Coast Marine,

_____
Cathy Skeirik Roberts, BBO# 547407
THOMPSON & BOWIE, LLP
Three Canal Plaza
P.O. Box 4630
Portland, ME 04112
207-774-2500

4

Guy Splettstoesser,

/s/ Peter DeTroy/wp
Peter J. DeTroy
NORMAN HANSON & DETROY
415 Congress Street
P.O. Box 4600
Portland, ME   04112-4600
207-774-7000

4