UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AMERICAN HOME ASSURANCE COMPANY, | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Case No. 1:04-cv-12597-WGY |
| MAINE COAST MARINE CONSTRUCTION, INC. and GUY SPLETTSTOESSER, | ) ) ) ) | |
| Defendants | ) | |

### DEFENDANT MAINE COAST MARINE CONSTRUCTION'S CROSSCLAIM AGAINST DEFENDANT GUY SPLETTSTOESSER

NOW COMES Defendant and Crossclaimant Maine Coast Marine Construction, by and through its counsel, Thompson & Bowie, LLP, and alleges the following Crossclaim against Defendant Guy Splettstoesser:

1. Plaintiff has initiated a subrogation action against Defendant Maine Coast Marine Construction alleging various claims of negligence, breach of contract and breach of warranty.

2. Defendant Maine Coast Marine Construction denies any liability for Plaintiff's damages.

3. As a result of the Plaintiff's Complaint, however, Defendant Maine Coast Marine Construction may be deemed to incur some liability. If Plaintiff recovers judgment against Defendant Maine Coast Marine Construction, said Defendant alleges

that any injuries or damages alleged to have been incurred by Plaintiff were in whole or in part contributed to and proximately caused by Defendant Guy Splettstoesser.

4. To the extent that Defendant Maine Coast Marine Construction is found liable to Plaintiff, Defendant Maine Coast Marine Construction is entitled to contribution and/or indemnification from Defendant Guy Splettstoesser.

WHEREFORE, in the event Defendant and Crossclaimant Maine Coast Marine Construction is found liable to Plaintiff and is obligated to pay Plaintiff an amount in excess of its fair contribution based upon the proportion of relative fault as between it and Cross-Defendant Guy Splettstoesser, Crossclaimant Maine Coast Marine Construction demands judgment against Cross-Defendant Guy Splettstoesser in the amount of such excess payment, together with its costs of suit incurred in this Crossclaim.

Dated at Portland, Maine this 10th day of June, 2005.

s/Cathy S. Roberts
Cathy S. Roberts, Esq. BBO #547407
Attorney for Defendant
Maine Coast Marine Construction

THOMPSON & BOWIE, LLP
Three Canal Plaza
P.O. Box 4630
Portland, ME  04112
(207) 774-2500 (Phone)
(207) 774-3591 (Fax)
croberts@thompsonbowie.com (E-mail)