UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY, a/s/o FORE RIVER DOCK & DREDGE, INC., C.B. MARINE CORPORATION and ROGER A. HALE<br><br>　　　　Plaintiff<br><br>v.<br><br>MAINE COAST MARINE CONSTRUCTION and GUY SPLETTSTOESSER,<br><br>　　　　Defendants | CIVIL ACTION<br>DOCKET NO. 04-12597-WGY |

### MOTION TO STAY AND/OR DISMISS PROCEEDINGS

NOW COMES Defendant Guy Splettstoesser and moves for a stay of all proceedings against him on the grounds that by Order of the United Stated Bankruptcy Court, District of Maine, Guy Splettstoesser was discharged of all debts effective February 9, 2004. Said Discharge is attached to the Affidavit of Michael S. D'Orsi, filed simultaneously herewith, as Exhibit A. And in further support of his Motion for Stay, Defendant Splettstoesser states as follows:

　　　1.　　At the time Defendant Splettstoesser filed the Chapter 7 (Case No. 03-2851) in the United States Bankruptcy Court in the District of Maine, he was unaware that any claims arising out of the events on which the Complaint in this Court is based would be asserted.

　　　2.　　Splettstoesser's Petition for Relief under Chapter 7 did not include as a creditor American Home Assurance Company.

3. As a result of this lawsuit and parallel litigation filed in the Maine Superior Court Defendant Splettstoesser, through his bankruptcy counsel, has filed a Motion to Reopen Case to add creditors including American Home Assurance Company.

4. Pursuant to Section 524 of Title 11 of the United States Code a bankruptcy discharge constitutes an injunction against all pending claims against Defendant Splettstoesser. Defendant's Motion to Reopen Case is attached to the Affidavit of Michael S. D'Orsi, filed simultaneously herewith, as Exhibit B.

WHEREFORE, Defendant Splettstoesser asks that this claim against him be stayed until the Bankruptcy Court in Maine has decided the Motion to Reopen. If, as it appears highly likely, it is granted, Defendant Splettstoesser moves to dismiss this claim against him pursuant to Section 524 of Title 11.

          GUY SPLETTSTOESSER

          By his attorneys,

          /s/ Michael S. D'Orsi
          T. Christopher Donnelly (BBO# 129930)
          Michael S. D'Orsi (BBO# 566960)
          DONNELLY, CONROY & GELHAAR, LLP
          One Beacon Street, 33rd Floor
          Boston, MA 02108
          (617) 720-2880

          /s/ Peter J. DeTroy
          Peter J. DeTroy (*pro hac vice*)
          NORMAN, HANSON & DETROY, LLC
          415 Congress Street
          P.O. Box 4600
          Portland, ME 04112-4600
          (207) 774-7000

DATED: June 17, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel hereby certifies, in accordance with Local Rule 7.1(A)(2) that prior to filing this paper the parties have conferred and attempted in good faith to resolve or narrow the issues presented herein.

          /s/ Michael S. D'Orsi