UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Docket No. 04-12597-WGY |
| | ) |
| MAINE COAST MARINE CONSTRUCTION, INC. | ) |
| and GUY SPLETTSTOESSER, | ) |
| | ) |
| Defendants | ) |

# DEFENDANT GUY SPLETTSTOESSER'S RESPONSE TO DEFENDANT MAINE COAST MARINE CONSTRUCTION INC.'S CROSS-CLAIM

NOW COMES the Defendant/Cross-Claim Defendant Guy Splettstoesser, through his counsel, and answers the Cross-Claim of Maine Coast Marine Construction, Inc. as follows:

1. Defendant Splettstoesser admits the allegations contained Paragraph 1 of Maine Coast Marine Construction, Inc.'s Cross-Claim.

2. Defendant Splettstoesser admits the allegations contained Paragraph 2 of Maine Coast Marine Construction, Inc.'s Cross-Claim.

3. Paragraph 3 states a legal conclusion to which no answer is required. To the extent that it is required, the allegations are denied.

4. Defendant Splettstoesser denies the allegations contained Paragraph 4 of Maine Coast Marine Construction, Inc.'s Cross-Claim.

WHEREFORE, Defendant Splettstoesser asks this Court that the Cross-Claim be dismissed and that he be awarded his costs of defending the Cross-Claim.

-2-

GUY SPLETTSTOESSER

By his attorneys,

/s/ Michael S. D'Orsi
T. Christopher Donnelly (BBO #129930)
Michael S. D'Orsi (BBO #566960)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street, 33rd Floor
Boston, MA 02108
(617) 720-2880


/s/ Peter J. DeTroy
Peter J. DeTroy, Esquire *(pro hac vice)*
NORMAN, HANSON & DETROY, LLC
415 Congress Street
P.O. Box 4600
Portland, ME 04112
(207) 774-7000

Dated: June 20, 2005