UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY, )<br>)<br>Plaintiff )<br>) | |
| ) | CIVIL ACTION |
| v. ) | Docket No. 04-12597-WGY |
| ) | |
| MAINE COAST MARINE CONSTRUCTION, INC. )<br>and GUY SPLETTSTOESSER, )<br>) | |
| Defendants ) | |

## DEFENDANT GUY SPLETTSTOESSER'S CROSS-CLAIM AGAINST MAINE COAST MARINE CONSTRUCTION, INC.

NOW COMES the Defendant/Cross-Claim Defendant Guy Splettstoesser, through his counsel, and alleges the following Cross-Claim against Defendant Maine Coast Maine Construction, Inc.:

1. The Plaintiff initiated a subrogation action against the Defendants alleging negligent breach of contract and breach of warranty.

2. Defendants have denied any liability.

3. Defendant Guy Splettstoesser asserts that if he is deemed liable pursuant to the Complaint that co-Defendant Maine Coast Marine Construction, Inc. is responsible for any damages that may be imposed against him. At all times he was acting in and within the scope of his employment for Maine Coast Marine Construction, Inc.

4. To the extent that Defendant Splettstoesser is found liable to the Plaintiff, he is entitled to a contribution and/or indemnification from co-Defendant Maine Coast Marine Construction, Inc..

WHEREFORE, Defendant Splettstoesser demands judgment against Defendant and co-Defendant Maine Coast Maine Construction, Inc. as set forth above.

GUY SPLETTSTOESSER

By his attorneys,


/s/ Michael S. D'Orsi
T. Christopher Donnelly (BBO #129930)
Michael S. D'Orsi (BBO #566960)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street, 33rd Floor
Boston, MA 02108
(617) 720-2880


/s/ Peter J. DeTroy
Peter J. DeTroy, Esquire *(pro hac vice)*
NORMAN, HANSON & DETROY, LLC
415 Congress Street
P.O. Box 4600
Portland, ME 04112
(207) 774-7000

Dated:  June 20, 2005