UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY, a/s/o FORE RIVER DOCK & DREDGE, INC., C.B. MARINE CORPORATION and ROGER A. HALE<br>　　Plaintiff<br><br>v.<br><br>MAINE COAST MARINE CONSTRUCTION and GUY SPLETTSTOESSER<br>　　Defendants | CIVIL ACTION NO. 04-12597-WGY |

**AMERICAN HOME ASSURANCE COMPANY'S OPPOSITION TO DEFENDANT GUY SPLETTSTOESSER'S MOTION TO STAY AND/OR DISMISS PROCEEDINGS**

NOW COMES the plaintiff, American Home Assurance Company, by and through its undersigned attorney, Holbrook & Murphy, and respectfully opposes defendant Guy Splettstoesser's Motion to Stay and/or Dismiss Proceedings. In support of its opposition, American Home states the following:

1.  This claim has not been discharged through bankruptcy and Defendant Guy Splettsoesser's Motion to Reopen the Bankruptcy Case has been opposed. As such, the defendant's Motion is, at the very least, premature.

2.  Defendant Guy Splettstoesser was a principal of Maine Coast Marine Construction, and as such, he would be required to participate in discovery in that capacity. As such, Defendant Splettstoesser's participation in discovery in this case is inevitable, regardless of the outcome of his Motion to Reopen the Bankruptcy Case.

3.	As a principal of Maine Coast Marine Construction, Defendant Splettstoesser is arguably covered by applicable insurance. As such, even if the bankruptcy court reopens Mr. Splettstoesser's case, it will be proper and appropriate for the instant matter to proceed against Defendant Splettstoesser, to the extent that the claims against him are covered by insurance.

WHEREFORE, the plaintiff respectfully opposes the Defendant Guy Splettstoesser's Motion to Stay and/or Dismiss Proceedings.

Respectfully submitted,

By their attorneys,

Attorneys for the Plaintiff,

/s/ Robert J. Murphy
Robert J. Murphy, BBO # 557659
HOLBROOK & MURPHY
150 Federal Street, 12th Floor
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com

### Certificate of Service

I hereby certify that on June 30, 2005, I electronically filed the Plaintiff, American Home Assurance Company's Opposition to Defendant Guy Splettstoesser's Motion to Stay and/or Dismiss the Proceedings with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Michael S. D'Orsi and Christopher Donnelly, Donnelly, Conroy & Gelhaar LLP, One Beacon Street, 33rd Floor, Boston, MA 02108; Cathy Skeirik Roberts, Thompson & Bowie, LLP, 3 Canal Plaza, 2nd Floor, Portland, ME 04112-4630 and a copy sent by regular mail, postage prepaid to: Peter J. DeTroy, Norman, Hanson & DeTroy, P.O. Box 4600, Portland, ME 04112-4600.

/s/ Robert J. Murphy
Robert J. Murphy, BBO# 557659
HOLBROOK & MURPHY
150 Federal Street, 12th Floor
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com