UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY, )<br>  )<br>  Plaintiff )<br>  )<br>v. )<br>  )<br>MAINE COAST MARINE CONSTRUCTION, INC. and GUY SPLETTSTOESSER, )<br>  )<br>  Defendants ) | Case No. 1:04-cv-12597-WGY |

## DEFENDANT MAINE COAST MARINE CONSTRUCTION'S ANSWER TO DEFENDANT GUY SPLETTSTOESSER'S CROSSCLAIM

NOW COMES Defendant Maine Coast Marine Construction, by and through its counsel, Thompson & Bowie, LLP, and answers Defendant Splettstoesser's Crossclaim as follows:

1. Defendant Maine Coast Marine Construction admits the allegations contained in Paragraph 1 of Crossclaim.

2. Defendant Maine Coast Marine Construction admits the allegations contained in Paragraph 2 of Crossclaim.

3. Defendant Maine Coast Marine Construction denies the allegations contained in Paragraph 3 of Crossclaim.

4. Defendant Maine Coast Marine Construction denies the allegations contained in Paragraph 4 of Crossclaim.

WHEREFORE, Defendant Maine Coast Marine respectfully requests that Defendant Splettstoesser's Complaint be dismissed and for its costs and for such other relief the court deems just and appropriate.

Dated at Portland, Maine this 29th day of June, 2005.

                                                 s/Cathy S. Roberts
                                               Cathy S. Roberts, Esq. BBO #547407
                                               Attorney for Defendant
                                               Maine Coast Marine Construction

THOMPSON & BOWIE, LLP
Three Canal Plaza
P.O. Box 4630
Portland, ME  04112
(207) 774-2500 (Phone)
(207) 774-3591 (Fax)
croberts@thompsonbowie.com (E-mail)