# HOLBROOK & MURPHY

ATTORNEYS AT LAW
PROCTORS IN ADMIRALTY

15 BROAD STREET
SUITE 900
BOSTON, MASSACHUSETTS 02109

TELEPHONE (617) 428-1151
FACSIMILE (617) 523-7379

E-MAIL: holbrook_murphy@msn.com

May 15, 2006

Ms. Judith Michelman
Law Clerk to Magistrate Judge Joyce London Alexander
United States District Court for the
District of Massachusetts
1 Courthouse Way, Suite 7410
Boston, MA 02210

RE: **American Home Insurance Company v. Fore River Dock & Dredge, Inc., C.B. Marine Corporation and Roger A. Hale**
Civil Action No.: ~~03-10318WGY~~
04-12597-WGY

Dear Ms. Michelman:

We refer to the above captioned matter. The parties respectfully request that you continue generally the mediation which is currently scheduled for May 23, 2006, before Magistrate Judge Joyce London Alexander. The matter is not currently ripe for mediation.

The plaintiff, American Home, is very close to finalizing a settlement with Acadia Insurance Company, who has been providing the defendant's with counsel under a reservation of rights. The terms of the settlement allows American Home to continue its claims against the defendants named herein.

As such, American Home anticipates that current defense counsel will be seeking to withdraw from the case. In any event, we do not believe opposing counsel will have any settlement authority at mediation.

American Home believes that the defendants have coverage for American Home's claims under a second insurance policy issued by a different insurer. However, that insurer has denied coverage. American Home does not currently know whether its settlement with Acadia will result in new counsel entering an appearance for the defendants. In any event, the case is not currently ripe for mediation.

Very truly yours,

Bob Murphy
Robert J. Murphy

RJM/eo

cc:   All counsel of record