**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


AMERICAN HOME ASSURANCE CO.
                    Plaintiff(s)

                                                    CIVIL ACTION
         V.
                                                    NO. 04-CV-12597-WGY

MAINE COAST MARINE CONSTRUCTION, INC.
& GUY SPLETTSTOESSER
                    Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE_____WILLIAM G. YOUNG_____


[ X]     The parties in the above entitled case reported that the matter was not ripe for mediation after referral to the ADR Program, but prior to ADR hearing.

[ ]      On _____ I held the following ADR proceeding:

         _____     SCREENING CONFERENCE     _____ EARLY NEUTRAL EVALUATION

         _____      MEDIATION                _____ SUMMARY BENCH / JURY TRIAL

         _____      MINI-TRIAL               _____ SETTLEMENT CONFERENCE


         All parties were represented by counsel [except _____]

         The parties were / were not present in person or by authorized corporate officer [except

         _____].

         The case was:

[ ]      Settled. Your clerk should enter a ____ day order of dismissal.

[ ]      There was progress. A further conference has been scheduled for _____ unless

         the case is reported settled prior to that date.

[ X ]    This case should be restored to your trial list. The matter is not currently ripe for mediation.

[ ]      Suggested strategy to facilitate settlement:

         _____

         _____


 5/18/06_____                          /S/ Joyce London Alexander_____
        DATE                                   ADR Provider


(ADR Report.wpd - 4/12/2000)                                          [adrrpt.]