UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY, )<br>)<br>    Plaintiff    )<br>)<br>v.    )<br>)<br>MAINE COAST MARINE )<br>CONSTRUCTION, INC. and )<br>GUY SPLETTSTOESSER )<br>)<br>    Defendants    ) | Case No. 1:04-cv-12597-WGY |

### ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Please reenter my appearance as counsel for Defendant Maine Coast Marine Construction in this case.  I was recently retained by Defendant Maine Coast Marine Construction and a different insurance carrier.

I certify that I am admitted to practice in this court.

Dated at Portland, Maine this 9th day of June, 2006.

                                                                               */s/ Cathy S. Roberts*
                                                                               Cathy S. Roberts, Esq. (BBO#547407)
                                                                               Attorney for Defendant Maine Coast
                                                                               Marine Construction

THOMPSON & BOWIE, LLP
Three Canal Plaza
P.O. Box 4630
Portland, ME  04112
Phone: (207) 774-2500
Fax:   (207) 774-3591
Email: croberts@thompsonbowie.com