UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MAINE COAST MARINE )<br>CONSTRUCTION, INC. and )<br>GUY SPLETTSTOESSER, )<br>)<br>Defendants. ) | CIVIL ACTION<br>NO. 04-12597-JGD |

## ORDER SETTING CASE FOR TRIAL

August 1, 2006

DEIN, U.S.M.J.

It is ORDERED that the trial in this case shall commence with empanelment of the jury on **Monday, November 27, 2006 at 9:00 a.m.** in Courtroom #15 on the 5th floor. The parties shall be prepared to proceed with opening statements and the presentation of evidence immediately thereafter. The case shall be tried from 9:00 a.m. to 1:00 p.m. daily until completion.

1. Pursuant to Fed. R. Civ. P. 16 and Local Rule 16.5, it is further ORDERED that counsel appear for a Final Pretrial Conference on **Tuesday, November 14, 2006 at 3:00 p.m.** in Courtroom #15 on the 5th floor.

2. In preparation for this Final Pretrial Conference, each party shall file the

following with the court on or before **November 7, 2006**:

    (a)    motions in limine or other requests regarding foreseeable disputes concerning evidentiary issues, including authority for the ruling requested;

    (b)    a final list of names, addresses and telephone numbers of witnesses, including any expert witnesses, that the party intends to call at trial;

    (c)    a list of contested exhibits and the grounds, if any, on which the party seeks to preclude the admission of the exhibits into evidence at trial;

    (d)    any proposed questions for the voir dire examination of the jury;

    (e)    requests for instructions to the jury, with citations to supporting authority; and

    (f)    any proposed interrogatories or special verdict form.

3.    In further preparation for the Final Pretrial Conference, the parties shall file, on or before **November 7, 2006**, a "Joint List of Exhibits" (photographs, documents, instruments, and all other objects) as to which there is no objection, in order of their introduction to the court, identified and marked by a single sequence of numbers regardless of which party is the proponent.

4.    At or prior to the Final Pretrial Conference, the parties shall submit to the court a brief joint statement of the case to be read to the jury. If the parties cannot agree to the contents of the statement, each party shall submit a separate statement.

5.    Immediately upon receipt of this Order, any counsel who realizes that one

or more attorneys in the case have not been notified shall forthwith notify the additional attorney(s) in writing as to the entry of this Order, and shall file a copy of the writing with the Clerk.

Counsel are cautioned that failure to comply fully with this Order may result in sanctions to be imposed by the court. The timely filing of these trial documents is required.

          / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge