UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN HOME ASSURANCE ASSURANCE COMPANY,<br>      Plaintiff,<br><br>v.<br><br>MAINE COAST MARINE CONSTRUCTION and GUY SPLETTSTOESSER,<br>      Defendant. | )<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 04-12597-JGD<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION TO CONTINUE TRIAL

NOW COME the parties in the above captioned matter and respectfully move this Honorable Court to continue the trial of this matter (currently scheduled for November 27, 2006) until a mutually convenient date after January 9, 2007. In support of this matter the parties state the following:

1. On October 25, 2006, counsel for Maine Coast Marine Corporation wrote to the Court requesting a telephone conference to resolve a disputed issue concerning witness attendance/presentation at trial.

2. Thereafter, the parties had a Conference Call with the Court regarding the availability of certain witnesses and whether American Home would be allowed to present the testimony of Roger A. Hale and Roger P. Hale at trial by way of videotape depositions.

3. The witnesses in question were scheduled to be out of the country at or near the time of trial. The witnesses are not named parties to this action and reside in Maine beyond the 100-mile subpoena limit from the courthouse.

4. Counsel for Maine Coast Marine Construction indicated that it was important to her client's defense of the case that the witnesses appear live at trial and not by way of videotape depositions.

5. During the Conference Call, the Court suggested that the trial be continued to allow the witnesses to testify live at trial. The Court instructed counsel for American Home to make inquiry regarding whether the witnesses would consent to appearing at trial after their return to the country.

6. The undersigned counsel for American Home has contacted counsel for Roger A. Hale and Roger P. Hale. Counsel indicated that the Hales are willing to cooperate and appear at trial to testify upon return from their trip to the Bahamas.

7. Both Hales are scheduled to appear as witnesses at trial in related actions pending in the Superior Court of Cumberland County, Maine. Both Maine Coast Marine Construction and Guy Splettstoesser are also parties to that action which arises out of the same incident at issue in the case *sub judice*. Mediation in that action is currently scheduled for December 8, 2006, with trial to follow on December 11, 2006. The results of the mediation and trial in the Maine action could impact the case *sub judice*.

8. The parties disagree on whether the instant trial is before a jury or a bench trial. The parties acknowledge that American Home will shortly file a motion to strike the defendants' jury trial demand which will be opposed by the defendants.

WHEREFORE, the parties respectfully move this Honorable Court to continue trial of this matter until a mutually convenient time after January 9, 2007.

By their attorneys,

| Attorneys for the Plaintiff, | Attorneys for the Defendants, Maine Coast Marine, |
|---|---|
| /s/ Robert J. Murphy | /s/ Cathy Skeirik Roberts |
| Robert J. Murphy, BBO # 557659 | Cathy Skeirik Roberts, BBO# 547407 |
| HOLBROOK & MURPHY | THOMPSON & BOWIE, LLP |
| 150 Federal Street, 12th Floor | Three Canal Plaza |
| Boston, MA 02110 | P.O. Box 4630 |
| 617-428-1151 | Portland, ME 04112 |
| | 207-774-2500 |

Guy Splettstoesser,

/s/ Aaron K. Baltes
Aaron K. Baltes
Norman Hanson & DeTroy LLC
415 Congress Street
P.O. Box 4600
Portland, ME 04112-4600
207-774-7000