UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN HOME ASSURANCE ASSURANCE COMPANY,<br>　　　　Plaintiff,<br><br>v.<br><br>MAINE COAST MARINE CONSTRUCTION and GUY SPLETTSTOESSER,<br>　　　　Defendant. | CIVIL ACTION NO. 04-12597-JGD |

**PLAINTIFF AMERICAN HOME ASSURANCE COMPANY'S MOTION TO STRIKE DEFENDANTS' JURY TRIAL DEMAND**

NOW COMES the plaintiff, American Home Assurance Company, in the above captioned matter, by and through its undersigned attorneys, Holbrook & Murphy, and respectfully moves this Honorable Court to strike the defendants' jury trial demand and respectfully prays that this matter proceed to trial before the court and not a jury.

As reasons therefore, the plaintiff states that it has brought the case pursuant to the Court's admiralty and maritime jurisdiction. There is no right to trial by jury in an admiralty or maritime claim, and therefore the matter must proceed as a bench trial. Extensive and binding precedent holds that the defendant may not deprive the plaintiff of its election to proceed in admiralty without a jury, even if some other grounds of jurisdiction exists. In further support of this motion, the plaintiff submits its Memorandum of Law, which is incorporated by reference herein.

WHEREFORE, the plaintiff respectfully moves this Honorable Court to strike the defendants' jury trial demand.

By its attorneys,

/s/ Robert J. Murphy
Robert J. Murphy, BBO # 557659
HOLBROOK & MURPHY
15 Broad Street, Suite 900
Boston, MA  02109
617-428-1151

**Certificate of Service**

    I hereby certify that on November 17, 2006, I electronically filed Plaintiff, American Home Assurance Company's Certification with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel electronically.

/s/ Robert J. Murphy
Robert J. Murphy, BBO # 557659
HOLBROOK & MURPHY
15 Broad Street, Suite 900
Boston, MA  02109
617-428-1151
holbrook_murphy@msn.com