**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY a/s/o FORE RIVER DOCK & DREDGE, INC. C.B. MARINE CORPORATION AND ROGER A. HALE | CIVIL ACTION NUMBER 04-12597-JGD |

vs.

MAINE COAST MARINE CONSTRUCTION INC., AND GUY SPLETTSTOESSER

**PARTIES STATUS REPORT**

Now come the parties in the above captioned matter, by and through their undersigned attorneys, and respectfully file this status report.

The case has not settled and the parties therefore respectfully request that this Honorable Court schedule a pretrial conference and trial.

This matter will be heard as a Bench Trial before the Court. Pursuant to this Honorable Court's Order, the parties set forth their availability for trial as follows:

1. American Home is available for trial after March 5, 2007.

2. Maine Coast Marine Corporation is available for trial after March 5, 2007, with the following exceptions: March 16, 2007 through March 31, 2007; April 2, 2007 through April 6, 2007.

3. Guy Splettstoesser is available for trial after March 5, 2007, with the following exceptions: May 3, 2007 through May 4, 2007.

Respectfully submitted,
By their Attorneys

**American Home Assurance Company**

/s/ Robert J. Murphy_____
Robert J. Murphy, BBO # 557659
HOLBROOK & MURPHY
238-240 Lewis Wharf
Boston, MA  02110
617-428-1151

**Maine Coast Marine Corporation**

/s/ Cathy Skeirik Roberts_____
Cathy Skeirik Roberts
Thompson & Bowie LLP
Three Canal Plaza
P.O. Box 4630
Portland, ME  04112

**Guy Splettstoesser**

/s/ Aaron K. Baltes_____
Aaron K. Baltes
Norman, Hanson & DeTroy, LLC
415 Congress Street P.O. Box 4600
Portland, Maine 04112-4600
(207) 774-7000