**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY a/s/o FORE RIVER DOCK & DREDGE, INC. C.B. MARINE CORPORATION AND ROGER A. HALE | CIVIL ACTION NUMBER 04-12597-JGD |

vs.

MAINE COAST MARINE CONSTRUCTION INC., AND GUY SPLETTSTOESSER

**JOINT MOTION TO RESCHEDULE TRIAL**

Now come the parties in the above captioned matter, by and through their undersigned attorneys, and respectfully move this Honorable Court to reschedule trial in this matter from March 12, 2007, to the week of May 7, 2007.

In support of this motion, the parties state that rescheduling the trial will allow the parties to present live testimony of certain witnesses. The witnesses in question reside within the state of Maine and the parties cannot compel their attendance at trial by way of subpoena. The witnesses have agreed to cooperate and appear voluntarily at trial. However, at the time of the currently scheduled trial, they will be outside the jurisdiction with their son following his graduation from Marine Corp. training at Paris Island, prior to his deployment.

This matter will be heard as a Bench Trial before the Court. The parties respectfully state that the instant motion is in the interests of justice and not interposed for any impermissible purpose.

                                              Respectfully submitted,
                                              By their Attorneys

**American Home Assurance Company**

/s/ Robert J. Murphy
Robert J. Murphy, BBO # 557659
HOLBROOK & MURPHY
238-240 Lewis Wharf
Boston, MA  02110
617-428-1151

**Maine Coast Marine Corporation**

/s/ Cathy Skeirik Roberts
Cathy Skeirik Roberts
Thompson & Bowie LLP
Three Canal Plaza
P.O. Box 4630
Portland, ME  04112

**Guy Splettstoesser**

/s/ Aaron K. Baltes
Aaron K. Baltes
Norman, Hanson & DeTroy, LLC
415 Congress Street P.O. Box 4600
Portland, Maine 04112-4600
(207) 774-7000