UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AMERICAN HOME ASSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | CIVIL ACTION NO. 04-12597-JGD |
| MAINE COAST MARINE CONSTRUCTION, INC. and GUY SPLETTSTOESSER, | ) ) ) ) | |
| Defendants. | ) | |

## SETTLEMENT ORDER OF DISMISSAL

DEIN, U.S.M.J.

The Court having been advised on May 2, 2007 that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

                                                SARAH THORNTON
                                                CLERK OF COURT

                                                / s / Jolyne D'Ambrosio
                                                By: Deputy Clerk

DATED: May 2, 2007